JOHN MACK BUFORD, *Appellant*, v. STATE OF KANSAS, *Appellee.*

No. 48,155

Opinion filed April 9, 1977.

*Frank E. White, Jr.,* of Leavenworth, was on the brief for the appellant.

*Patrick J. Reardon,* County Attorney, and *Curt T. Schneider,* Attorney General, were on the brief for the appellee.

*Per Curiam:* Affirmed.

LEROY WEBER, *Appellant*, v. STATE OF KANSAS, *Appellee.*

No. 48,473

Opinion filed April 9, 1977.

*Charles F. Forsyth,* of Fleming & Forsyth, of Erie, argued the cause and was on the brief for the appellant.

*William J. Daley,* County Attorney, argued the cause, and *Curt T. Schneider,* Attorney General, was with him on the brief for the appellee.

*Per Curiam:* Affirmed.